# UNITED STATES DISTRICT COURT

Liberty Mutual Insurance Co. District of Massachusetts

Liberty Mutual Ins. Co

V.

**SUMMONS IN A CIVIL CASE**

United States of America
Xiao Shailiu, USPS

CASE NUMBER: 05CV11137MLW

**05 11137 MLW**

TO: (Name and address of Defendant)

Michael Sullivan
U.S. Attorney
U.S. Courthouse, Suite 9200
One Courhouse Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Driscoll
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

6-1-05

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

July 5, 2005

I hereby certify and return that on 6/30/2005 at 12:20PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to I.Ferrira,agent at time of service for United States of America, at Suite 9200, c/o US Attorney Michael Sullivan, Federal US Courthouse Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff George Slyva

____________________
*Deputy Sheriff*

05015084

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __________ __________
Date *Signature of Server*

__________
*Address of Server*

(1) As t