UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., <br> (as subrogee of Anne Corbin <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 05-11137 MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

To the Clerk:

    Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendant, United States of America.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                             By:  /s/ Mark T. Quinlivan
                                  MARK T. QUINLIVAN
                                  Assistant U.S. Attorney
                                  John Joseph Moakley U.S. Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  617-748-3606

Dated: August 29, 2005