UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., <br> (as subrogee of Anne Corbin), <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 05-11137 JLA |

**JOINT MOTION FOR EXTENSION OF TIME
OF FOUR DAYS TO EFFECTUATE SETTLEMENT**

NOW COMES the plaintiff, Liberty Mutual Insurance Company, and defendant, the United States of America, and request an extension of time of four days, or until January 27, 2006, in which to file a settlement order of dismissal. In support of this motion, the parties state as follows:

1. On November 21, 2005, following the parties' representation that this case would likely be resolved by settlement, this Court entered an order directing that a settlement order of dismissal be filed on or before January 23, 2006.

2. The parties have reached an agreed-upon settlement in this case, but need additional time to complete the necessary paperwork. The parties therefore request that they be given until January 27, 2006, in which to file a settlement order of dismissal. The parties further represent that the settlement order of dismissal will be filed within the time requested.

                                        Respectfully submitted,

For the Plaintiff                              For the Defendant

By: /s/ Christoper S.M. Driscoll        By: /s/ Mark T. Quinlivan
CHRISTOPHER S.M. DRISCOLL        MARK T. QUINLIVAN
Bolden & Associates                       Assistant U.S. Attorney
10 Federal Street, Suite 210            John Joseph Moakley U.S. Courthouse
Salem, MA 01970                         1 Courthouse Way, Suite 9200
978-744-2161                               Boston, MA 02210
                                            617-748-3606

Dated: January 23, 2006