UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., <br> (as subrogee of Anne Corbin), <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 05-11137 JLA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action hereby stipulate that this action be dismissed with prejudice and without costs, the parties having amicably resolved their differences.

Respectfully submitted,

For the Plaintiff                                           For the Defendant

 /s/ Christoper S.M. Driscoll                   /s/ Mark T. Quinlivan
CHRISTOPHER S.M. DRISCOLL        MARK T. QUINLIVAN
Bolden & Associates                               Assistant U.S. Attorney
10 Federal Street, Suite 210                    John Joseph Moakley U.S. Courthouse
Salem, MA 01970                                    1 Courthouse Way, Suite 9200
978-744-2161                                           Boston, MA 02210
                                                              617-748-3606

Dated: January 27, 2006